NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

UNITED STATES OF AMERICA

      v.                                         Case No: 2:15cr109-1

PAUL HEBERT

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Monday, August 10, 2015, at Burlington, Vermont before the Honorable John M. Conroy, Magistrate Judge, for an Arraignment.

| | |
|---|---|
| **Location: Courtroom 440** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 7/27/2015** | By /s/Jeffrey J. Jarvis |
| | **Deputy Clerk** |

**TO:**
Jonathan Ophardt , AUSA

**Summons Issued**