NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**UNITED STATES OF AMERICA**

    **v.**          **Case No: 15-cr-109**

**PAUL HEBERT**

**TAKE NOTICE that the above-entitled case has been scheduled at 2:00 p.m. on Wednesday, January 20, 2016, at Burlington, Vermont before the Honorable Christina Reiss, Chief District Judge, for a Pretrial Conference or Change of Plea.**

| | |
|---|---|
| **Location: Courtroom 542** | **JEFFREY S. EATON, Clerk** |
| **Date of Notice: 1/5/2016** | **By /s/Jennifer Ruddy** |
| | **Deputy Clerk** |

**TO:**

**Jonathan Ophardt, Esq.**

**Paul Volk, Esq.**

**Anne Pierce, Court Reporter**